

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARVIN HAL,<br>#82443 | ) | |
| Plaintiff, | ) | 3:10-cv-00471-LRH-VPC |
| vs. | ) | **ORDER** |
| TODD DIXON, | ) | |
| Defendant. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; the Financial Certificate is not signed by an authorized officer and the statement for plaintiff's institutional account is missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and

Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of this entire action.

DATED this 23rd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2