

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN HAL, #82443 | ) |
| Plaintiff, | ) 3:10-cv-00471-LRH-VPC |
| vs. | ) **ORDER** |
| TODD DIXON, | ) |
| Defendant. | ) |

Plaintiff has submitted a *pro se* civil rights complaint. In response to this court's order, plaintiff has filed a second application to proceed *in forma pauperis*; however, plaintiff failed to file the required financial documentation. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. The Financial Certificate has not been completed and signed by an authorized officer, and plaintiff has failed to include his inmate account statements.

The court notes that, while not entirely clear, it appears from plaintiff's second application that he is no longer incarcerated. Therefore, the Clerk will send plaintiff the forms for both prisoner and non-prisoner applications to proceed *in forma pauperis*. Plaintiff will be granted thirty (30) days to submit the appropriate completed and signed application to proceed *in forma pauperis*, and the

1  application must be accompanied by all required financial documentation, as described in the
2  instructions for use of the form.

3  **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff **BOTH** the
4  approved form for a non-prisoner application to proceed *in forma pauperis*, and the approved form for
5  a prisoner application to proceed *in forma pauperis*, as well as the document "Information and
6  Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date
7  of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma*
8  *pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's
9  failure to file a non-prisoner application to proceed *in forma pauperis* in compliance with this order may
10 result in the immediate dismissal of this entire action.

12  DATED this 15th day of November, 2010.

14  _____
    UNITED STATES MAGISTRATE JUDGE