# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARVIN HAL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00471-LRH-VPC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TODD DIXON, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. In response to two orders by this court, plaintiff has attempted to file three applications to proceed *in forma pauperis*; however, plaintiff has failed to file the required financial documentation. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. In its order dated November 15, 2010, this court directed the Clerk to send plaintiff both the non-prisoner and prisoner applications to proceed *in forma pauperis* (docket #5) because it appears that plaintiff is no longer in the custody of the Nevada Department of Corrections. Despite repeated opportunities, plaintiff has failed to file a completed application to proceed *in forma pauperis*. Accordingly, this action is dismissed without prejudice for plaintiff's failure to obey this court's orders (docket #3, #5). If plaintiff wishes to pursue his claims, he may file a complaint in a new case with a new case number, along with the filing fee or a completed application to proceed *in forma pauperis* on the required form.

**IT IS THEREFORE ORDERED** that plaintiff's applications to proceed *in forma pauperis* (docket #1, #4, #6) are **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 15th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE