AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MARVIN HAL,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-cv-00471-LRH-VPC**

TODD DIXON,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's applications to proceed *in forma pauperis* (Dkt #1, #4, #6) are DENIED. This action is DISMISSED without prejudice.


  1/19/2011        **LANCE S. WILSON**
      Clerk

      /s/ P. McDonald
      Deputy Clerk